**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-mj-8311-BER

UNITED STATES OF AMERICA,

vs.

ANIBAL PEREZ-GOMEZ,

      Defendant.

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? **No**

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? **No**

4. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? **No**

Respectfully submitted,

JASON A. REDING QUINONES
UNITED STATES ATTORNEY

By: _____
MARTON GYIRES
ASSISTANT U.S. ATTORNEY
Court ID No.: A5501696
Southern District of Florida
500 South Australian Avenue, 4thFloor
West Palm Beach, FL 33401
Email: Marton.Gyires@usdoj.gov
Phone: 561-820-8711

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   26-mj-8311-BER |
| Anibal Perez-Gomez, | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 13, 2026 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C 1326(a) | Previously removed alien found in the United States |

FILED BY_____ TM _____D.C.

Apr 21, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. -  WPB

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Luis Camacho, ICE Deportation Officer
*Printed name and title*

Attested to me by the applicant by Telephone (FaceTime) per Fed.R.Crim.P. 4(d) and 4.1

Digitally signed by
Bruce E. Reinhart
Date: 2026.04.21
13:11:22 -04'00'

Date: _____

_____
*Judge's signature*

City and state: _____ West Palm Beach, FL _____     Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Luis Camacho, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Anibal PEREZ-GOMEZ committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a).

3. On or about March 13, 2026, Anibal PEREZ-GOMEZ was arrested in Palm Beach County, Florida on charges of resisting officer without violence, driving without a valid driver's license and failure to obey a lawful order. He was booked and detained at the Palm Beach County Jail. ICE became aware that Anibal PEREZ-GOMEZ was arrested, however, on or about March 14, 2026, Anibal PEREZ-GOMEZ was released from state custody after a bond was posted prior to ICE taking any action.

4. On or about April 18, 2026, Anibal PEREZ-GOMEZ was arrested in Palm Beach County, Florida on charges of resisting officer without violence, felony domestic battery by strangulation and tampering – hinder, delay or prevent 911. He was booked and detained at the Palm Beach County Jail.

5. A review of the immigration records shows that Anibal PEREZ-GOMEZ is a native and citizen of Guatemala. Records further show that on or about December 17, 2018, Anibal PEREZ-GOMEZ was ordered removed from the United States. The Order of Removal was executed on or

about January 4, 2019, whereby Anibal PEREZ-GOMEZ was removed from the United States and returned to Guatemala.

6.       Anibal PEREZ-GOMEZ's fingerprints taken in connection with his March 13, 2026 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Anibal PEREZ-GOMEZ.

7.       A record check was performed in the Computer Linked Application Informational Management System to determine if Anibal PEREZ-GOMEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Anibal PEREZ-GOMEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8.       Based on the foregoing, I submit that probable cause exists to believe that, on or about March 13, 2026, Anibal PEREZ-GOMEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Luis Camacho
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and
4.1 this \_\_\_\_\_ day of April 2026.

Digitally signed by
Bruce E. Reinhart
Date: 2026.04.21
13:11:41 -04'00'

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**:   Anibal Perez-Gomez

**Case No**:   26-mj-8311-BER

Count #: 1

Previously removed alien found in the United States, in violation of Title 8, United States Code, Section 1326(a)
* **Max. Term of Imprisonment: 2 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 1 year**
* **Max. Fine:  $250,000**

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**